### (June 11, 1943.)

In the Matter of THE CITY OF NEW YORK, Acting for the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property in the Area Bounded by Amsterdam Avenue and Other Streets in the Borough of Manhattan, Selected as a Site for the Amsterdam Houses.

CITY AND SUBURBAN HOMES COMPANY, Appellant.

*Per Curiam.* After examining the record we think Special Term failed to give the proper relative weight to the conflicting evidence and thus arrived at a value that was inadequate. Accordingly the final decree, so far as appealed from, should be modified by allowing an award on Damage Parcel No. 43 of $60,293 (improvements $40,000), and on Damage Parcel No. 43A of $174,800 (improvements $115,000), making an aggregate total award to City and Suburban Homes Company for damage parcels numbered 43 and 43A, land and improvements, of $235,093; and the decree as so modified should be affirmed, with costs to appellant.

Townley, Dore, Cohn and Callahan, JJ., concur; Martin, P. J., dissents. Decree, so far as appealed from, modified as indicated in opinion and as so modified affirmed, with costs to the appellant. Settle order on notice.